UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-337M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RAVINDERJIT KAUR PUAR, | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to Distribute Ecstacy; Distribution of Ecstacy; Distribution of Ecstacy

Date of Detention Hearing:   July 7, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The defendant is charged with conspiring and distributing MDMA ("ecstacy"), together with co-defendants. During the events which led up to the arrest, the defendant is alleged to have made statements to the effect that she was also involved in selling and

DETENTION ORDER                                                                                                15.13
18 U.S.C. § 3142(i)                                                                                          Rev. 1/91
PAGE 1

transporting marijuana and statements indicating her willingness to result to violence as a retaliatory measure.

    (2)    The defendant is a Canadian citizen with some relatives residing in India. An immigration detainer has been lodged.

    (3)    The defendant poses a risk of nonappearance based on ties to Indian and Canadian citizenship. She poses a risk of danger based on the nature of the charges and alleged threatening statements.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 2

01        DATED this 8th day of July, 2005.

02

03                              /s/ MARY ALICE THEILER
                                United States Magistrate Judge
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3